**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | RTMS 4107 Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Meineke Car Care Center |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2027354 |

4. **Debtor's address**

**Principal place of business**

2438 Silverstrand
Hermosa Beach, CA 90254
Number, Street, City, State & ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

770 Lawrence Dr. San Luis Obispo, CA 93401
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | None. |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    RTMS 4107 Inc.                                                    Case number (*if known*) _____
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

      8111

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District _____ | When _____ | Case number, if known _____ | |

---

| Debtor | RTMS 4107 Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13.  Debtor's estimation of available funds**  .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  RTMS 4107 Inc.
_____              _____
Name                                                      Case number (if known)

███  **Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 30, 2023
                 _____
                 MM / DD / YYYY

**X** /s/  Richard Taw                                  Richard Taw
_____              _____
Signature of authorized representative of debtor      Printed name

Title    CEO
_____

**18. Signature of attorney**

**X** /s/ Andy Warshaw                          Date    June 30, 2023
_____                  _____
Signature of attorney for debtor                        MM / DD / YYYY

Andy Warshaw
_____
Printed name

DiMarco Warshaw, APLC
_____
Firm name

PO Box 704
San Clemente, CA 92674
_____
Number, Street, City, State & ZIP Code

Contact phone   (949) 345-1455          Email address   andy@dimarcowarshaw.com
_____              _____

263880 CA
_____
Bar number and State

Fill in this information to identify the case:

Debtor name ___RTMS 4107 Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration* 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 30, 2023___          X /s/  Richard Taw _____
                                          Signature of individual signing on behalf of debtor

                                          Richard Taw
                                          Printed name

                                          CEO
                                          Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles, CA _____ , California.       /s/  Richard Taw _____

Date:  _____ June 30, 2023 _____                    Richard Taw
                                                                Signature of Debtor 1


                                                                _____
                                                                Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    RTMS 4107 Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................   $     0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................................................   $     86,500.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.........................................................................................   $     86,500.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................   $     10,786.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $     11,027.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............   +$     249,352.00

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b     $     271,165.00

**Fill in this information to identify the case:**

Debtor name     RTMS 4107 Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 2055 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                    $0.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | Security deposit with Phillip G. Tate as part of commercial lease for Meineke Care Center at 770 Lawrence Drive, Suites 100-300 (the entire building), San Luis Obispo, CA.   7,500 | |
|---|---|---|
| 7.1. | square foot warehouse. | $6,500.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                                    $6,500.00
       Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    RTMS 4107 Inc.                                                     Case number *(If known)* _____
_____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See the addendum. | $0.00 | | $80,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.                                              | $80,000.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  2

Debtor    RTMS 4107 Inc.                                                    Case number *(If known)*  _____
　　　　　Name

53.　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　☒ No
　　　☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

　　☒ No.　Go to Part 10.
　　☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

　　☒ No.　Go to Part 11.
　　☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☒ No.　Go to Part 12.
　　☐ Yes Fill in the information below.

Debtor    RTMS 4107 Inc.                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $86,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $86,500.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## MEINEKE CAR CARE CENTER #4107
### Equipment List

| Part Description | Quantity | Lease (Y) |
|---|---|---|
| MIDTRONICS MDX-257 ELECTRICAL ANALYZER | 1 | |
| RIGID SHOP VAC | 1 | |
| MIGHTY VAC FLUID EVACUATOR | 1 | |
| MIGHTY VAC PRESSURIZED FLUID FILLER | 2 | |
| RANGER 10 TON OIL FILTER CRUSHER | 1 | |
| ROBINAIR AC MACHINE SER# 21276339 | 1 | |
| ROBINAIR COOLANT EXCHANGER SER# 206033 | 1 | |
| Intoxalock Calibration Computer | 1 | |
| ROBINAIR TRANS FLUID EXCHANGER MODEL 92500 | 1 | |
| FIREPOWER 3IN1 WELDER MST140I | 1 | |
| SnapOn V3400 Wireless Imaging Wheel Alignment Syst. | | 1 |
| Ingersoll Rand Air Compressor SER # NAR10058697 | 1 | |
| Bearing Press | 1 | |
| Branick 7200 Strut Compressor | 1 | |
| ROATING ENGINE STAND | 1 | |
| Rolling Oil Drain Dollies | 2 | |
| Transmission Jacks | 2 | |
| 3 1/2 Ton Floor Jacks | 1 | |
| AMCO BRAKE LATHE | 1 | |
| Shumacher 200 Amp Battery Charger | 1 | |
| Pole Jack Stands | 1 | |
| BENDPAK 10K 2 POST LIFT | 6 | |
| BENDPAK 14K DRIVE ON ALIGNMENT LIFT | 1 | |
| OTC Diagnostic Scanner | 1 | |
| Shop Tool Cart | 1 | |
| Leak Tamer Smoke Machine | 1 | |
| Mighty Vac Shop Vac | 1 | |
| Cherry Picker (for Engines/ Trans) | 1 | |
| Parts Washer | 1 | |
| Computer Systems (Monitor, Desktop, Mouse, Keyboard) | 4 | |
| HP Laserjet P1109w Printers | 2 | |
| CEMB TIRE CHANGER SER# 07150300067 | 1 | |
| CEMB TIRE BALANCER SER# E0009447 | 1 | |
| SUNEX 5001A BENCH GRINDER | 1 | |

**Fill in this information to identify the case:**

Debtor name ___RTMS 4107 Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

| 2.1 | | | |
|---|---|---|---|

**California Department of Tax and Fee Adm**
Creditor's Name

PO Box 942879
Sacramento, CA 94279-0055
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
01/23/2023

**Last 4 digits of account number**
5924

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. MCCC 4052, Inc.
2. California Department of Tax and Fee Adm

**Describe debtor's property that is subject to a lien**
See the addendum.

**Describe the lien**
UCC Tax Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $8,320.00     Value of collateral: $80,000.00

| 2.2 | | | |
|---|---|---|---|

**California Department of Tax and Fee Adm**
Creditor's Name

PO Box 942879
Sacramento, CA 94279-0055
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/23/2023

**Last 4 digits of account number**
6122

**Do multiple creditors have an interest in the same property?**
☐ No

**Describe debtor's property that is subject to a lien**
See the addendum.

**Describe the lien**
UCC Tax Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Amount of claim: $1,252.00     Value of collateral: $80,000.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | RTMS 4107 Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.6

☐ Unliquidated
☐ Disputed

---

| 2.3 | California Department of Tax and Fee Adm | **Describe debtor's property that is subject to a lien**<br>See the addendum. | $1,214.00 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 942879
Sacramento, CA 94279-0055

Creditor's mailing address

**Describe the lien**
UCC Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
06/20/2023

**Last 4 digits of account number**
7029

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.6

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | MCCC 4052, Inc. | **Describe debtor's property that is subject to a lien**<br>All accounts, inventory, contract rights, chattel paper, instruments, etc. This UCC applies to Richard L. Taw, III as an individual and assets related Meineke Car Care Center #4052 which may not apply to the assets of this Debtor. | $0.00 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

1261 Travis Blvd. STE 210
Fairfield, CA 94533

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
12/04/2018

**Last 4 digits of account number**
0002

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.6

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $10,786.00 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name ___RTMS 4107 Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Employment Development Department<br>Employment Development Department<br>Legal Office<br>800 Capital Mall, MIC 53<br>Sacramento, CA 95814 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Franchise Tax Board Bankruptcy Section,<br>MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,027.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | RTMS 4107 Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $275.00 |
|---|---|---|---|
| | Alpha Fire Unlimited | | |
| | 650 Sweeney Ln. | ☐ Contingent | |
| | San Luis Obispo, CA 93401 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022 | **Basis for the claim:** Service | |
| | **Last 4 digits of account number** 4107 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,288.00 |
|---|---|---|---|
| | Aramark | | |
| | 1101 Market Street | ☐ Contingent | |
| | Philadelphia, PA 19107 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022-2023 | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** 7826 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,634.00 |
|---|---|---|---|
| | Autozone Inc. | | |
| | PO Box 10 | ☐ Contingent | |
| | Memphis, TN 38101 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022 | **Basis for the claim:** Parts | |
| | **Last 4 digits of account number** 3781 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,664.00 |
|---|---|---|---|
| | Bank of America | | |
| | 100 North Tryon Street | ☐ Contingent | |
| | Charlotte, NC 28255 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022-2023 | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** 6681 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,375.00 |
|---|---|---|---|
| | Cal State Auto Parts | | |
| | 1361 N. Gum St. | ☐ Contingent | |
| | Anaheim, CA 92806 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022 | **Basis for the claim:** Parts | |
| | **Last 4 digits of account number** 4585 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,081.00 |
|---|---|---|---|
| | Chevron | | |
| | 6001 Bollinger Canyon Road | ☐ Contingent | |
| | San Ramon, CA 94583 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022-2023 | **Basis for the claim:** Fuel | |
| | **Last 4 digits of account number** 4788 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $407.00 |
|---|---|---|---|
| | City of San Luis Obispo | | |
| | 990 Palm St. | ☐ Contingent | |
| | San Luis Obispo, CA 93401 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2022-2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** 1000 | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | RTMS 4107 Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$339.00**

City of San Luis Obispo
Atn: Finance Dept.
990 Palm St.
San Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _

**Last 4 digits of account number** _3111_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,881.00**

Clean Tech
5820 Martin Road
Baldwin Park, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022-2023_

**Basis for the claim:** _Services_

**Last 4 digits of account number** _eSLO_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,206.00**

County Government Center
1055 Monterey Street
San Luis Obispo, CA 93408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Service_

**Last 4 digits of account number** _2003_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Econo Lube N' Tune, LLC
135 Washburn Cir.
Corona, CA 92882

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Lawsuit_

**Last 4 digits of account number** _WKSx_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.00**

Independence Environmental Services
3521 S. Maple Ave.
Fresno, CA 93725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Service_

**Last 4 digits of account number** _2111_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Joe Murphy
c/o Jacoby & Meyers Attorneys LLP
Attn: Sharona Safaradi
10900 Wilshire Blvd, 15th Floor
Los Angeles, CA 90024

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _09/20/2022_

**Basis for the claim:** _Tort claim re Meineke Car Care Center_

**Last 4 digits of account number** _4584_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,306.00**

JP Morgan Chase
270 Park Avenue
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022-2023_

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _0271_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,306.00**

JPMorgan Chase Bank
9200 Oakdale Ave.
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _0271_

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | RTMS 4107 Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.16**

**Nonpriority creditor's name and mailing address**
LKQ Corp Auto Parts
3333 Peck Road
Monrovia, CA 91016

**Date(s) debt was incurred** 2022
**Last 4 digits of account number** Care

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$177.00

---

**3.17**

**Nonpriority creditor's name and mailing address**
Meineke Franchisor SPV LLC
440 South Church Street
Suite 700
Charlotte, NC 28202-2059

**Date(s) debt was incurred** _
**Last 4 digits of account number** WKSx

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.18**

**Nonpriority creditor's name and mailing address**
Napa Auto Parts
5420 Peachtree Industrial Blvd.
Norcross, GA 30071

**Date(s) debt was incurred** 2022
**Last 4 digits of account number** 3168

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Auto parts

Is the claim subject to offset? ☒ No ☐ Yes

$128.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
O'Reilly Auto Parts
233 S. Patterson Ave.
Springfield, MO 65802

**Date(s) debt was incurred** 2022-2023
**Last 4 digits of account number** 2016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Auto parts

Is the claim subject to offset? ☒ No ☐ Yes

$5,937.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Pacific Gas and Electric Company
77 Beale St.
San Francisco, CA 94105

**Date(s) debt was incurred** 2022-2023
**Last 4 digits of account number** 1036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☒ No ☐ Yes

$2,061.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Phillip G. Tate
PO Box 2369
Nipomo, CA 93444

**Date(s) debt was incurred** 2022-2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

Is the claim subject to offset? ☒ No ☐ Yes

$49,399.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
San Luis Garbage Company
4388 Old Sante Fe Rd.
San Luis Obispo, CA 93401

**Date(s) debt was incurred** 2022-2023
**Last 4 digits of account number** 5750

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$580.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Scott O'Brien Fire & Safety Inc.
5540 Nogales Ave.
Atascadero, CA 93422

**Date(s) debt was incurred** 2022
**Last 4 digits of account number** 5280

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service

Is the claim subject to offset? ☒ No ☐ Yes

$114.00

---

| Debtor | RTMS 4107 Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.00**

Securitas Technology
514 S. Lyon St.
Santa Ana, CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Services

**Last 4 digits of account number** 7527

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,080.00**

So Cal Gas
2240 Emily St., Suite 140
San Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2023

**Basis for the claim:** Utilities

**Last 4 digits of account number** 7578

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00**

Spectrum
12051 Industry St.
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2023

**Basis for the claim:** Utility

**Last 4 digits of account number** 1923

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$390.00**

State of California
Department of Industrial Relations
PO Box 511266
Los Angeles, CA 90051-7821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Service

**Last 4 digits of account number** 78AH

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | California Department of Tax and Fee Adm<br>PO Box 942879<br>Sacramento, CA 94279-0001 | Line 2.2<br><br>☐ Not listed. Explain ____ | 0445 |
| 4.2 | Pacifica Commercial Realty<br>2520 Professional Parkway<br>Santa Maria, CA 93455 | Line 3.21<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Transworld Systems<br>500 Virginia Dr.<br>STE 514<br>Fort Washington, PA 19034-2733 | Line 3.15<br><br>☐ Not listed. Explain ____ | 1219 |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 11,027.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 249,352.00 |

---

Debtor    RTMS 4107 Inc.                                    Case number (if known)
          Name

**5c. Total of Parts 1 and 2**
       Lines 5a + 5b = 5c.                          5c.    $ _____ 260,379.00

**Fill in this information to identify the case:**

Debtor name ___RTMS 4107 Inc._____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | 770 Lawrence Drive, San Luis Obispo, CA 93401 7500 square foot warehouse for Meineke franchise location. | |
| State the term remaining | Initial five year term in lease dated August 20, 2023 with lease extension terms of 3/5 years. | |
| List the contract number of any government contract | _____ | Phillip Tate PO Box 2369 Nipomo, CA 93444 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement | |
| State the term remaining | NA | |
| List the contract number of any government contract | _____ | Meineke Franchisor SPV LLC 440 South Church Street, Suite 700 Charlotte, NC 28202 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ RTMS 4107 Inc._____

United States Bankruptcy Court for the: _____CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.3 | Meineke Car Center, LLC | 440 S. Church St., Suite 700 Charlotte, NC 28202 Unfiled lawsuit | Joe Murphy | ☐ D _____ ☒ E/F __3.13__ ☐ G _____ |
| 2.4 | Meineke Car Center, LLC | 440 S. Church St., Suite 700 Charlotte, NC 28202 Unfiled lawsuit | Econo Lube N' Tune, LLC | ☐ D _____ ☒ E/F __3.11__ ☐ G _____ |
| 2.5 | Richard L. Taw | 2436 Silverstrand Avenue Hermosa Beach, CA 90254 Promissory note for $200,000 dated October 31, 2018 | Meineke Franchisor SPV LLC | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.6 | Richard L. Taw | 2436 Silverstrand Avenue Hermosa Beach, CA 90254 Promissory note for $200,000 dated October 31, 2018 | MCCC 4052, Inc. | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.7 | Richard L. Taw | 2436 Silverstrand Avenue Hermosa Beach, CA 90254 Promissory note for $200,000 dated October 31, 2018 | Phillip G. Tate | ☐ D _____ ☒ E/F __3.21__ ☐ G _____ |
| 2.8 | Richard Taw | 2438 Silverstrand Ave. Hermosa Beach, CA 90254 | Joe Murphy | ☐ D _____ ☒ E/F __3.13__ ☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   RTMS 4107 Inc._____   Case number *(if known)* _____

| | Additional Page to List More Codebtors | | |
|---|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | | |
| | Column 1: **Codebtor** | | Column 2: **Creditor** |
| 2.9 | Richard Taw | 2438 Silverstrand Ave.<br>Hermosa Beach, CA 90254 | Econo Lube N' Tune,<br>LLC | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.10 | RTMS #4052 | 2438 Silverstrand Ave.<br>Hermosa Beach, CA 90254 | Joe Murphy | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.11 | RTMS #4052 | 2438 Silverstrand Ave.<br>Hermosa Beach, CA 90254 | Econo Lube N' Tune,<br>LLC | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.12 | RTMS #4052, Inc. | 2011 N. Oxnard Blvd.<br>Oxnard, CA 93036 | Meineke Franchisor<br>SPV LLC | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.13 | Thu Vu | 1261 Travis Road<br>Office 210<br>Fairfield, CA 94533<br>Sublessor | Phillip Tate | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |

**Fill in this information to identify the case:**

Debtor name ___RTMS 4107 Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $2,787.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $280,604.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $423,358.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | RTMS 4107 Inc. | | Case number (if known) | |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Phillip Tate PO Box 2369 Nipomo, CA 93444 | 770 Lawrence Drive. Suites 100-130Furniture and fixtures were left at the property | May 2023 | Unknown |
| California Department of Tax and Fees 4820 McGrath St. Suite 260 Ventura, CA 93003-7778 | Funds | 8/16/22Legal Order, LTS D0816220004 46-868.454/28/22Legal Order, LTS P04282200011 9-5570.149/30/22Legal Order, LTS P09302200040 8-387.712/2/22 CA DEPT TAX FEE DES:CDTFA EPMT ID:10375414 INDN:RTMS #4107, 1/18/23Legal Order, LTS P01182300054 1-$112. | Unknown |
| Union Bank 1251 Avenue of the Americas New York, NY 10020 | Funds | April-May 2023 | $1,200.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | RTMS 4107 Inc. | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Meineke Franchisor SPV LLC and Econo Lube N' Tune LLC vs. Richard L. Taw III, RTMS #4052, Inc. and RTMS #4107, Inc.<br>2:22-cv-08737 ODW (KSx) | | Central District of California | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Phillip G. Tate & Seiglinde Tate, Co-Trustees of the Tate Family Trust Dated October 2, 2014 v. RTMS #4107, Inc. DBA Meineke Car Care Center; Richard Taw; Does 1 through 10<br>22LC-0833 | | Superior Court - County of San Luis Obispo<br>1035 Palm St.<br>San Lui Obispo, CA 93446 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    RTMS 4107 Inc.                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | DiMarco Warshaw, APLC PO Box 704 San Clemente, CA 92674 | $1,500 | June 19, 2023 | $1,500.00 |
| | **Email or website address** DiMarcoWarshaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | RTMS 4107 Inc. | Case number *(if known)* |
|---|---|---|

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>1200 Highland Ave.<br>Manhattan Beach, CA 90266 | XXXX-2068 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other  Payroll | January 2023 | $1.20 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    RTMS 4107 Inc.    Case number *(if known)*

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Mike Mastic<br>727 2nd St.<br>Suite 201<br>Hermosa Beach, CA 90254 | Since the company was formed |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | RTMS 4107 Inc. | Case number *(if known)* | |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Taw | 2436 Silverstand<br>Hermosa Beach, CA 90254 | President | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    RTMS 4107 Inc.                                                    Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 30, 2023_____

/s/   Richard Taw                                                   Richard Taw
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    CEO_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  RTMS 4107 Inc.                                                        Case No.
_____                    _____
                                    Debtor(s)                    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
    paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
    behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................   $        1,500.00

    Prior to the filing of this statement I have received .......................................   $        1,500.00

    Balance Due ......................................................................................   $            0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy
       of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
        agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of
        liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this
bankruptcy proceeding.

June 30, 2023                                        /s/ Andy Warshaw
_____                   Andy Warshaw
*Date*                                              *Signature of Attorney*
                                                    DiMarco Warshaw, APLC
                                                    PO Box 704
                                                    San Clemente, CA 92674
                                                    (949) 345-1455   Fax: (949) 417-9412
                                                    andy@dimarcowarshaw.com
                                                    *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andy Warshaw<br>PO Box 704<br>San Clemente, CA 92674<br>(949) 345-1455  Fax: (949) 417-9412<br>**California State Bar Number: 263880 CA**<br>andy@dimarcowarshaw.com | |

☐  *Debtor(s) appearing without an attorney*
☒  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re:<br><br>        RTMS 4107 Inc.<br><br><br><br><br><br><br><br><br>        Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _June 30, 2023_____    /s/  Richard Taw _____
                                          Signature of Debtor 1

Date: _____    _____
                                          Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _June 30, 2023_____    /s/ Andy Warshaw _____
                                          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Alpha Fire Unlimited
650 Sweeney Ln.
San Luis Obispo, CA 93401


Aramark
1101 Market Street
Philadelphia, PA 19107


Autozone Inc.
PO Box 10
Memphis, TN 38101


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Cal State Auto Parts
1361 N. Gum St.
Anaheim, CA 92806


California Department of Tax and Fee Adm
PO Box 942879
Sacramento, CA 94279-0055


California Department of Tax and Fee Adm
PO Box 942879
Sacramento, CA 94279-0001


Chevron
6001 Bollinger Canyon Road
San Ramon, CA 94583

City of San Luis Obispo
990 Palm St.
San Luis Obispo, CA 93401


City of San Luis Obispo
Atn: Finance Dept.  990 Palm St.
San Luis Obispo, CA 93401


Clean Tech
5820 Martin Road
Baldwin Park, CA 91706


County Government Center
1055 Monterey Street
San Luis Obispo, CA 93408


Econo Lube N' Tune, LLC
135 Washburn Cir.
Corona, CA 92882


Employment Development Department
Employment Development Department
Legal Office 800 Capital Mall, MIC 53
Sacramento, CA 95814


Franchise Tax Board Bankruptcy Section,
MS: A-340 PO Box 2952
Sacramento, CA 95812-2952


Independence Environmental Services
3521 S. Maple Ave.
Fresno, CA 93725

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Joe Murphy
Attn: Sharona Safaradi
c/o Jacoby & Meyers Attorneys LLP 10900
Los Angeles, CA 90024


JP Morgan Chase
270 Park Avenue
New York, NY 10017


JPMorgan Chase Bank
9200 Oakdale Ave.
Chatsworth, CA 91311


LKQ Corp Auto Parts
3333 Peck Road
Monrovia, CA 91016


MCCC 4052, Inc.
1261 Travis Blvd. STE 210
Fairfield, CA 94533


Meineke Car Center, LLC
440 S. Church St., Suite 700
Charlotte, NC 28202


Meineke Franchisor SPV LLC
440 South Church Street Suite 700
Charlotte, NC 28202-2059
```

Meineke Franchisor SPV LLC
440 South Church Street, Suite 700
Charlotte, NC 28202


Napa Auto Parts
5420 Peachtree Industrial Blvd.
Norcross, GA 30071


O'Reilly Auto Parts
233 S. Patterson Ave.
Springfield, MO 65802


Pacific Gas and Electric Company
77 Beale St.
San Francisco, CA 94105


Pacifica Commercial Realty
2520 Professional Parkway
Santa Maria, CA 93455


Phillip G. Tate
PO Box 2369
Nipomo, CA 93444


Phillip Tate
PO Box 2369
Nipomo, CA 93444


Richard L. Taw
2436 Silverstrand Avenue
Hermosa Beach, CA 90254

Richard Taw
2438 Silverstrand Ave.
Hermosa Beach, CA 90254


RTMS #4052
2438 Silverstrand Ave.
Hermosa Beach, CA 90254


RTMS #4052, Inc.
2011 N. Oxnard Blvd.
Oxnard, CA 93036


San Luis Garbage Company
4388 Old Sante Fe Rd.
San Luis Obispo, CA 93401


Scott O'Brien Fire & Safety Inc.
5540 Nogales Ave.
Atascadero, CA 93422


Securitas Technology
514 S. Lyon St.
Santa Ana, CA 92701


So Cal Gas
2240 Emily St., Suite 140
San Luis Obispo, CA 93401


Spectrum
12051 Industry St.
Garden Grove, CA 92841

State of California
Department of Industrial Relations
PO Box 511266
Los Angeles, CA 90051-7821


Thu Vu
1261 Travis Road Office 210
Fairfield, CA 94533


Transworld Systems
500 Virginia Dr.  STE 514
Fort Washington, PA 19034-2733

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

Andy Warshaw
PO Box 704
San Clemente, CA 92674
(949) 345-1455  Fax: (949) 417-9412
California State Bar Number: 263880 CA
andy@dimarcowarshaw.com

FOR COURT USE ONLY

☒ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

     RTMS 4107 Inc.

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    7

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO    FRBP 1007(a)(1)**
**and 7007.1, and LBR 1007-4**

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Richard Taw                                                              , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                         **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

June 30, 2023
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   Richard Taw
_____
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**